IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE T. ROBINSON
ADC #169328                                                              PLAINTIFF

v.                           No. 5:19-cv-10-DPM-JJV

STRAUGN, Warden, Cummins Unit;
WENDY KELLEY, Director, ADC Central
Office;   WILSON, Nurse, Cummins Unit;
MERRIL, Nurse, Cummins Unit;   and
STARKS, Captain, Cummins Unit                                          DEFENDANTS

ORDER

1. On *de novo* review, the Court adopts the partial recommendation, № 5, as modified and overrules Robinson's objections, № 9. FED. R. CIV. P. 72(b)(3). The modification: Robinson didn't object to Starks's dismissal. But for screening purposes, his complaint states a conspiracy claim against Straugn and Starks. *E.g., S.L. ex rel. Lenderman v. St. Louis Metropolitan Police Department Board of Police Commissioners*, 725 F.3d 843, 850–52 (8th Cir. 2013). He alleges that Straugn and Starks conspired to deprive him of his right to bring this § 1983 suit, and that one of the alleged coconspirators committed an overt act—namely, Straugn's transferring him to another unit. It's still fuzzy whether that act was in furtherance of the alleged Straugn-Starks conspiracy or whether it was independent

of that conspiracy. But liberally construing the complaint, the conspiracy claim is sufficient for screening purposes.

**2.** The Court adopts the remainder of the recommendation. Robinson's claims against Kelley are dismissed without prejudice for failure to state a claim.

**3.** If Robinson wants to pursue a failure-to-train claim against Kelley or equal-protection and failure-to-protect claims against the proposed Doe defendant, then he must request permission to amend his complaint. № 9. But as it stands now, his complaint doesn't include enough facts to support those claims.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 February 2019