IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE T. ROBINSON
ADC #169328                                                    PLAINTIFF

v.                      No. 5:19-cv-10-DPM-JJV

WILLIAM STRAUGN, Warden, Cummins
Unit;   WILSON, Nurse, Cummins Unit;
TREELECIA MERRIL, Nurse, Cummins Unit;
and STARKS, Captain, Cummins Unit                              DEFENDANTS

## ORDER

It's unclear whether Robinson received the April 3rd partial recommendation. № 48 & № 55. The Court directs the Clerk to mail Robinson another copy with a copy of the docket sheet in this case. Robinson must file any objections to the recommendation by 15 May 2019.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 April 2019