IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE T. ROBINSON
ADC #169328                                                              PLAINTIFF

v.                          No. 5:19-cv-10-DPM-JJV

WILLIAM STRAUGHN, Warden, Cummins
Unit;   WILSON, Nurse, Cummins Unit;
TREELECIA MERRILL, Nurse, Cummins Unit;
and STARKS, Captain, Cummins Unit                                        DEFENDANTS

## ORDER

Unopposed recommendation, № 48, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 36, denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2019