IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE T. ROBINSON
ADC #169328                                                              PLAINTIFF

v.                           No. 5:19-cv-10-DPM

WILLIAM STRAUGHN, Warden, Cummins
Unit; SHIRLEY WILSON LUBIN, Nurse,
Cummins Unit; TREELECIA MERRILL,
Nurse, Cummins Unit; and KENNETH
STARKS, Captain, Cummins Unit                                            DEFENDANTS

ORDER

On *de novo* review, the Court adopts both recommendations, № 87 & № 88, and overrules Robinson's objections, № 89. FED. R. CIV. P. 72(b)(3). Robinson now argues that he wasn't required to appeal grievance CU-18-441 at all because it was found to be with merit. But the ADC's grievance policy provides for an appeal if an inmate is not satisfied; and Robinson wanted further relief. № 76-2 at 2–3. Complete exhaustion was therefore required "regardless of the relief offered through administrative procedures." *Booth v. Churner*, 532 U.S. 731, 736–41 (2001); *Muhammad v. Mayfield*, No. 18-2396, slip op. at 8–10 (8th Cir. 13 August 2019). Magistrate Judge Volpe is exactly right: This is a harsh result required by precedent. Motions for summary judgment, № 70 & № 75, granted. Robinson's remaining

claims will be dismissed without prejudice for failure to exhaust. Motion for status update, № 90, denied as moot.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 August 2019