IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE T. ROBINSON
ADC #169328                                                              PLAINTIFF

v.                              No. 5:19-cv-10-DPM

WILLIAM STRAUGHN, Warden, Cummins
Unit; WENDY KELLEY, Director, ADC
Central Office; SHIRLEY WILSON LUBIN,
Nurse, Cummins Unit; TREELECIA MERRILL,
Nurse, Cummins Unit; and KENNETH
STARKS, Captain, Cummins Unit                                  DEFENDANTS

## JUDGMENT

Robinson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2019